Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 22-cv-21091-BLOOM/Otazo-Reyes

MICHAEL LANDA,

    *Plaintiff*,

v.

AON CORPORATION EXCESS
BENEFIT PLAN, AS AMENDED AND
RESTATED AS OF JANUARY 1, 2009,

    *Defendant*.

_____/

## DECLARATION OF MICHAEL LANDA

I, Michael Landa, make this declaration pursuant to 28 U.S.C. § 1746, and declare and state as follows:

1. My name is Michael Landa. I am over 21 years of age and competent to testify to the statements set forth in this Declaration.

2. I was employed by Aon Risk Services, Inc. of Florida ("ARS Florida") for over 25 years. I resigned on June 10, 2021. At the time of my resignation, I was an Executive Vice President of ARS Florida. I was a participant and Member of the Aon Corporation Excess Benefit Plan as Amended and Restated as of January 1, 2009 ("Aon Plan").

3. Although I resigned my employment with ARS Florida on June 10, 2021, I was advised by Mark Karrenbauer, then Human Resources director for ARS Florida, that I was required to provide Aon 90 days' notice of termination of my employment, and that my employment would terminate in 90 days, on September 8, 2021.

4. I commenced my employment with Marsh, Inc. after my employment with Aon terminated on September 8, 2021.

5. In mid-October, I received a letter dated October 11, 2021 titled "Excess Benefit Plan Payment Notice" (The "Plan Payment Notice"). A true and correct copy of the Plan Payment Notice is attached as Exhibit A.

6. The Plan Payment Notice included a pension calculation statement showing that my Plan payments would begin effective October 1, 2021. The Plan Payment Notice also included a direct deposit form, a tax withholding form, and a beneficiary designation form.

7. I completed and mailed these forms on November 2, 2021 to the address shown on the Plan Payment Notice.

8. The following day, on November 3, 2021, I also received an Excess Benefit Plan FICA Notice explaining that my Plan benefit payments would be subject to FICA taxes. A true and correct copy of the FICA Notice is attached as Exhibit B.

9. I called the Aon Plan on November 8, 2021 to confirm whether Aon had received my completed forms and to ask when I would begin receiving Plan benefits. I was told that my payments would begin on December 1, 2021, and that they would be retroactive to October 1, 2021. That is, I would receive the payment for December 2021, as well as the Plan benefits for October and November, 2021.

10. I made a second call to the Plan on December 1, 2021 to confirm that the December 1, 2021 payment was forthcoming. My call was transferred to the Aon Corporation payroll department where I received confirmation that the payroll department had in fact received instructions on November 18, 2021 to process the Plan benefit payments.

2

11. On or about December 1, 2021, when I was to begin receiving Plan benefits, I received a letter via Federal Express dated November 30, 2021 (the "November Suspension Letter"). The letter informed me that my Plan benefits were indefinitely "suspended, effective immediately." A true and correct copy of the November Suspension Letter is attached as Exhibit C.

12. When I made the call to Aon on December 1, 2021, I had not received nor was I aware of the November Suspension Letter.

13. The November Suspension Letter did not deny Plan benefits but indicated that they would be suspended pending an investigation by the Company and that I would be "notified of the determination upon completion of this review."

14. I did not receive a determination of Plan benefits at any time in the 90 days following the November Suspension Letter. In fact, I did not receive any further communication from the Plan regarding my Plan benefits following the November Suspension Letter until after I filed this lawsuit on April 11, 2022.

15. Because there had not been any communication from Aon whatsoever regarding my Plan benefits, my attorneys sent a letter on March 4, 2022 demanding payment of my Plan benefits. Aon did not respond to the March 4, 2022 letter.

16. Frustrated by the sheer lack of communication from the Plan – including a complete failure to even acknowledge the March 4, 2022 letter – and the continued delay in commencement of my Plan benefits, I filed suit against the Plan on April 11, 2022.

17. It was not until after I filed my lawsuit against the Plan that I finally received a communication from Aon.

18. On April 29, 2022, I received a letter from the Plan notifying me that I had apparently breached Section 4.4(b) of the Plan, but after five months of waiting, I was not given a reason or explanation of how I breached Section 4.4 of the Plan.

I certify under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 23, 2022.

*DocuSigned by:*
*Michael Landa*
5E2E7928F9F54FD...

Michael Landa

# Exhibit A

**Aon Pension Center**
RFM Department 102121
P.O. Box 9619
The Woodlands, TX  77387

MICHAEL L LANDA
9418 W BROADVIEW DR
BAY HARBOR, FL  33154

11-02-2021
Mailed



Statement Date: 10-11-2021

# Aon Excess Benefit Plan Payment Notice

MICHAEL L LANDA

You are receiving this notice because during your employment with Aon Corporation you earned a benefit under the Aon Excess Benefit Plan ("the pension SERP"). Because you are no longer employed by Aon Corporation the pension SERP requires that you begin receiving payments on October 1, 2021, the month after you terminate employment.

Your monthly payment amount will be $53,214.67 and will be made in the form of a 5-Year Certain Annuity. This annuity form pays you a benefit for 5 years, or until your death if earlier. If you die prior to receiving 5 years of payments, any remaining payments will be made to your designated beneficiary.

Amounts deferred or accrued under non-qualified deferred compensation plans such as the Aon Excess Benefit Plan are considered wages for purpose of the Federal Insurance Contributions Act (FICA). The current tax rate in effect is 7.65% up to the taxable wage base of $142,800 and 1.45% for earnings in excess of $142,800, less any FICA paid through Aon payroll during the year. Beginning in 2013, the Internal Revenue Service (IRS) enacted an Additional Medicare Tax, which requires the employee to pay an additional tax of 0.9% on all pay in excess of $200,000 for single participants ($250,000 for married participants). We are required to withhold 0.9% of all wages in excess of $200,000.

A one-time FICA withholding will be withheld from your payments until the FICA obligation is satisfied. After your one-time FICA withholding is satisfied, your ongoing monthly pension SERP payments will be subject to Federal and State tax withholding only. The pension SERP's present value will appear as Social Security Income Tax on the 2021 Form W2. The FICA tax will appear on your Form W2. For all tax-related questions, please contact a tax advisor.

Complete, sign and return the enclosed direct deposit, tax withholding and beneficiary designation forms to indicate how you wish to receive your payments. If we do not receive these forms before your payments begin we will start your payments with your current tax withholding and direct deposit information on file with North American Payroll. If you do not currently have information filed with North American Payroll, we will start your payments with default tax withholding of Single and 0 exemptions, and you will receive paper checks each month.

## What is Enclosed

- Direct Deposit Form
- Tax Withholding Form
- Beneficiary Designation Form
- Pension Calculation Statement

## What You Need to Do

- **Review Your Calculation**
  The Pension Calculation Statement contains information on how your benefit was calculated. Notify the Aon Pension Center immediately if any information is incorrect.

- **Complete the Direct Deposit, Tax Withholding and Beneficiary Designation Forms**

MICHAEL L LANDA (2233)                    Aon Excess Benefit Plan Payment Notice, Page 2 of 2

## Return Paperwork

After you have completed and signed the appropriate forms, make a copy for your records. Mail them to:

Aon Pension Center
RFM Department 102121
P.O. Box 9619
The Woodlands, TX 77387

## For More Information

If you need additional information, call the Aon Pension Center toll-free at 1-844-259-4828. Aon Pension Center Representatives are available between 9 a.m. and 5 p.m., Central time, Monday through Friday, excluding holidays.



Statement Date: 10-11-2021

# Pension Calculation Statement

MICHAEL L LANDA

Your pension benefit was calculated based on the information listed below. Please review this information carefully. Aon Corporation reserves the right to correct any errors. If it is determined at any time that the information provided on this statement conflicts with the benefit defined by the Aon Retirement Pension Plan (hereafter called "the Plan"), the Plan will prevail. The federal law known as ERISA requires that a plan be operated in accordance with its terms.

Review Your Personal Information and Your Calculation Details below to confirm the information is correct. If it is not correct, the amounts on this statement may change.

## Your Personal Information

| | |
|---|---:|
| Birth Date | 01-12-1960 |
| Hire Date | 02-01-1994 |
| Marital Status | Married |
| Spouse's Name | AMY LANDA |
| Spouse's Birth Date | 08-17-1961 |
| Last Day of Employment | 09-08-2021 |
| Benefit Commencement Date (BCD) | 10-01-2021 |
| Beneficiary's Name | AMY LANDA |
| Beneficiary's Relationship to You | Spouse |
| Beneficiary's Birth Date | 08-17-1961 |

## Benefit Calculation

Your accrued benefit is calculated under a formula that takes into account Social Security retirement benefits. Under this type of formula, the Plan may provide higher benefits on pay that exceeds a specific amount, since Social Security retirement benefits are provided only on annual pay up to a certain amount. See the Summary Plan Description for more information on how your benefits are calculated under the Plan's formula.

## Your Calculation Details

| | |
|---|---:|
| Age at Benefit Commencement Date (in years) | 61.67 |
| Beneficiary Age at Benefit Commencement Date (in years) | 60.08 |
| Vesting Service | 28.0000 |
| Benefit Service | 15.0000 |
| Accrued Benefit | $3,795.42 |
| Excess Benefit Plan Accrued Benefit | $16,094.15 |

MICHAEL L LANDA (2233)                                      Pension Calculation Statement, Page 2 of 2

## For More Information

If you need additional information, call the Aon Pension Center toll-free at 1-844-259-4828. Aon Pension Center Representatives are available between 9 a.m. and 5 p.m., Central time, Monday through Friday, excluding holidays.



Statement Date: 10-11-2021

# Tax Withholding Form

MICHAEL L LANDA
9418 W BROADVIEW DR
BAY HARBOR, FL  33154

Please read the tax notification information on this form. For additional tax guidance, please consult a personal tax advisor. Complete this form to make federal and state tax withholding elections.

## Tax Notification Information

You may elect to have a withholding apply to your monthly pension payments by returning a **signed** and dated election for your federal and state taxes to:

> Aon Pension Center
> RFM Department 102121
> P.O. Box 9619
> The Woodlands, TX  77387

Your choice will remain in effect until you revoke it. You can revoke your choice at any time. Any choice or revocation will be effective no later than the first of the month following the 30-day period after your choice or revocation is received. You can make and revoke your choice not to have withholding apply as often as you wish.

Your final tax may be different from your withholdings and you may still be responsible for the payment of estimated taxes. If your withholding is not sufficient under the estimated tax rules, you may be subject to penalties in addition to paying the taxes you owe.

**Federal Income Tax Withholding Information**
The payments you receive from the Aon Excess Benefit Plan (hereafter called the "Plan") will be subject to federal income tax withholding unless you choose not to have withholding apply.

Withholding will only apply to the portion of your benefit that is included in your income subject to federal income tax. Thus, there is no withholding on the return of any nontaxable employee contributions to the Plan. The withholding on your payment will be determined in a manner similar to wage withholding.

Withholding will only apply to the portion of your benefit that is included in your income subject to federal income tax. The withholding on your payment will be determined in a manner similar to wage withholding.

You can choose not to have federal withholding apply to these payments, or you can choose to have withholding apply based upon marital status and number of allowances. You can also specify an additional dollar amount to withhold.

If you do not make a choice, federal income tax will be withheld from the taxable portion of your payment as if you were married and claiming three withholding allowances.

**State Income Tax Withholding Information**
The payments you receive from the Plan may be subject to state income tax withholding.

Each state has different withholding requirements. While some states require state income tax withholding, other states have no income tax withholding. In addition, for some states, income tax withholding is optional and you can choose to not have withholding apply.

MICHAEL L LANDA (2233)                                                Tax Withholding Form, Page 2 of 2

## Federal Tax Withholding Election

Complete the attached W-4 form for your federal tax withholding election.

## State Tax Withholding Election

Complete the state tax form for your applicable state if you would like to update your state tax withholding election.

## For More Information

If you need additional information, call the Aon Pension Center toll-free at 1-844-259-4828. Aon Pension Center Representatives are available between 9 a.m. and 5 p.m., Central time, Monday through Friday, excluding holidays.

### Married Filing Jointly or Qualifying Widow(er)

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $190 | $850 | $890 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,100 | $1,870 | $1,870 |
| $10,000 - 19,999 | 190 | 1,190 | 1,890 | 2,090 | 2,220 | 2,220 | 2,220 | 2,220 | 2,300 | 3,300 | 4,070 | 4,070 |
| $20,000 - 29,999 | 850 | 1,890 | 2,750 | 2,950 | 3,080 | 3,080 | 3,080 | 3,160 | 4,160 | 5,160 | 5,930 | 5,930 |
| $30,000 - 39,999 | 890 | 2,090 | 2,950 | 3,150 | 3,280 | 3,280 | 3,360 | 4,360 | 5,360 | 6,360 | 7,130 | 7,130 |
| $40,000 - 49,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,410 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,260 | 8,260 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,260 | 9,260 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,080 | 3,360 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,260 | 10,260 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,160 | 4,360 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,490 | 11,260 | 11,260 |
| $80,000 - 99,999 | 1,020 | 3,150 | 5,010 | 6,210 | 7,340 | 8,340 | 9,340 | 10,340 | 11,340 | 12,340 | 13,260 | 13,460 |
| $100,000 - 149,999 | 1,870 | 4,070 | 5,930 | 7,130 | 8,260 | 9,320 | 10,520 | 11,720 | 12,920 | 14,120 | 15,090 | 15,290 |
| $150,000 - 239,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,230 | 16,190 | 16,400 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,270 | 17,040 | 18,040 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,870 | 14,870 | 16,870 | 18,640 | 19,640 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,470 | 12,470 | 14,470 | 16,470 | 18,470 | 20,240 | 21,240 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,500 | 7,940 | 10,070 | 12,070 | 14,070 | 16,070 | 18,070 | 20,070 | 21,840 | 22,840 |
| $320,000 - 364,999 | 2,720 | 5,920 | 8,780 | 10,980 | 13,110 | 15,110 | 17,110 | 19,110 | 21,190 | 23,490 | 25,560 | 26,860 |
| $365,000 - 524,999 | 2,970 | 6,470 | 9,630 | 12,130 | 14,560 | 16,860 | 19,160 | 21,460 | 23,760 | 26,060 | 28,130 | 29,430 |
| $525,000 and over | 3,140 | 6,840 | 10,200 | 12,900 | 15,530 | 18,030 | 20,530 | 23,030 | 25,530 | 28,030 | 30,300 | 31,800 |

### Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $440 | $940 | $1,020 | $1,020 | $1,410 | $1,870 | $1,870 | $1,870 | $1,870 | $2,030 | $2,040 | $2,040 |
| $10,000 - 19,999 | 940 | 1,540 | 1,620 | 2,020 | 3,020 | 3,470 | 3,470 | 3,470 | 3,640 | 3,840 | 3,840 | 3,840 |
| $20,000 - 29,999 | 1,020 | 1,620 | 2,100 | 3,100 | 4,100 | 4,550 | 4,550 | 4,720 | 4,920 | 5,120 | 5,120 | 5,120 |
| $30,000 - 39,999 | 1,020 | 2,020 | 3,100 | 4,100 | 5,100 | 5,550 | 5,720 | 5,920 | 6,120 | 6,320 | 6,320 | 6,320 |
| $40,000 - 59,999 | 1,870 | 3,470 | 4,550 | 5,550 | 6,690 | 7,340 | 7,540 | 7,740 | 7,940 | 8,140 | 8,150 | 8,150 |
| $60,000 - 79,999 | 1,870 | 3,470 | 4,690 | 5,890 | 7,090 | 7,740 | 7,940 | 8,140 | 8,340 | 8,540 | 9,190 | 9,990 |
| $80,000 - 99,999 | 2,000 | 3,810 | 5,090 | 6,290 | 7,490 | 8,140 | 8,340 | 8,540 | 9,390 | 10,390 | 11,190 | 11,990 |
| $100,000 - 124,999 | 2,040 | 3,840 | 5,120 | 6,320 | 7,520 | 8,360 | 9,360 | 10,360 | 11,360 | 12,360 | 13,410 | 14,510 |
| $125,000 - 149,999 | 2,040 | 3,840 | 5,120 | 6,910 | 8,910 | 10,360 | 11,360 | 12,450 | 13,750 | 15,050 | 16,160 | 17,260 |
| $150,000 - 174,999 | 2,220 | 4,830 | 6,910 | 8,910 | 10,910 | 12,600 | 13,900 | 15,200 | 16,500 | 17,800 | 18,910 | 20,010 |
| $175,000 - 199,999 | 2,720 | 5,320 | 7,490 | 9,790 | 12,090 | 13,850 | 15,150 | 16,450 | 17,750 | 19,050 | 20,150 | 21,250 |
| $200,000 - 249,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $250,000 - 399,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $400,000 - 449,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,910 | 21,220 | 22,520 |
| $450,000 and over | 3,140 | 6,250 | 8,830 | 11,330 | 13,830 | 15,790 | 17,290 | 18,790 | 20,290 | 21,790 | 23,100 | 24,400 |

### Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $820 | $930 | $1,020 | $1,020 | $1,020 | $1,420 | $1,870 | $1,870 | $1,910 | $2,040 | $2,040 |
| $10,000 - 19,999 | 820 | 1,900 | 2,130 | 2,220 | 2,220 | 2,620 | 3,620 | 4,070 | 4,110 | 4,310 | 4,440 | 4,440 |
| $20,000 - 29,999 | 930 | 2,130 | 2,360 | 2,450 | 2,850 | 3,850 | 4,850 | 5,340 | 5,540 | 5,740 | 5,870 | 5,870 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,450 | 2,940 | 3,940 | 4,940 | 5,980 | 6,630 | 6,830 | 7,030 | 7,160 | 7,160 |
| $40,000 - 59,999 | 1,020 | 2,470 | 3,700 | 4,790 | 5,800 | 7,000 | 8,200 | 8,850 | 9,050 | 9,250 | 9,380 | 9,380 |
| $60,000 - 79,999 | 1,870 | 4,070 | 5,310 | 6,600 | 7,800 | 9,000 | 10,200 | 10,850 | 11,050 | 11,250 | 11,520 | 12,320 |
| $80,000 - 99,999 | 1,880 | 4,280 | 5,710 | 7,000 | 8,200 | 9,400 | 10,600 | 11,250 | 11,590 | 12,590 | 13,520 | 14,320 |
| $100,000 - 124,999 | 2,040 | 4,440 | 5,870 | 7,160 | 8,360 | 9,560 | 11,240 | 12,690 | 13,690 | 14,690 | 15,670 | 16,770 |
| $125,000 - 149,999 | 2,040 | 4,440 | 5,870 | 7,240 | 9,240 | 11,240 | 13,240 | 14,690 | 15,890 | 17,190 | 18,420 | 19,520 |
| $150,000 - 174,999 | 2,040 | 4,920 | 7,150 | 9,240 | 11,240 | 13,290 | 15,590 | 17,340 | 18,640 | 19,940 | 21,170 | 22,270 |
| $175,000 - 199,999 | 2,720 | 5,920 | 8,150 | 10,440 | 12,740 | 15,040 | 17,340 | 19,090 | 20,390 | 21,690 | 22,920 | 24,020 |
| $200,000 - 249,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $250,000 - 349,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $350,000 - 449,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,900 | 25,200 |
| $450,000 and over | 3,140 | 6,840 | 9,570 | 12,160 | 14,660 | 17,160 | 19,660 | 21,610 | 23,110 | 24,610 | 26,050 | 27,350 |

Exhibit B



Statement Date: 11/3/2021

# Excess Benefit Plan FICA Notice

MICHAEL L LANDA
9418 W BROADVIEW DR
BAY HARBOR, FL 33154

You are receiving this notice because during your employment with Aon Corporation you earned a benefit under the Aon Excess Benefit Plan ("the pension SERP"). You previously received notification that your monthly benefit would begin on 10/1/2021 in the amount of $53,214.67. This letter is to inform you of the FICA Tax that is owed on your pension SERP payments.

Amounts deferred or accrued under non-qualified deferred compensation plans such as the Aon Excess Benefit Plan are considered wages for purposes of the Federal Insurance and Contributions Act (FICA). The current tax rate in effect is 7.65% up to the taxable wage base of $142,800 and 1.45% for earnings in excess of $142,800. Any income from the Company payroll in the current year will count towards the taxable wage base. Beginning in 2013, the Internal Revenue Service (IRS) enacted an Additional Medicare Tax, which requires the employee to pay an additional tax of 0.9% on all pay in excess of $200,000 for single participants ($250,000 for married participants). We are required to withhold 0.9% of all wages in excess of $200,000.

The present value of your pension SERP benefit is $3,153,283.16. We have calculated that your onetime FICA tax due is $81,155.76 and have instructed Payroll to withhold that amount from your SERP monthly payment(s), as well as any other monies you are currently receiving from Aon Payroll to pay your FICA taxes due. This may result in a net payment of $0.00 each month to you until your FICA tax liability has been met. Once the FICA taxes are paid the withholding from your payment(s) for FICA taxes will cease.

The pension SERP's present value will appear as Social Security Income Tax on the 2021 Form W2. The FICA tax will appear on your form W2. For all tax-related questions, please contact a tax advisor. After your one-time FICA withholding is satisfied, your ongoing monthly Aon Excess Benefit Plan Payments will be subject to Federal and State tax withholding only.

### For More Information
If you need additional information, call the Aon Pension Center toll-free at 1-844-259-4828. Aon Pension Center representatives are available between 9 a.m. and 5 p.m., Central time, Monday through Friday, excluding holidays.

Exhibit C

200 East Randolph Street | Chicago, IL 60601



November 30, 2021

VIA FedEx
Michael Landa
9418 W Broadview Dr
Bay Harbor, FL 33154

RE: Suspension of Excess Benefit Plan Payments

Dear Michael:

This letter is to inform you that payments from the Aon Corporation Excess Benefit Plan (the "Plan" or "SERP") have been suspended, effective immediately. This suspension is due to the pending review of your potential violation(s) of the Plan's prohibitions on competitive activity (Section 4.4(b) of the Plan). You will be notified of the determination upon completion of this review.

Sincerely,

*Donna Davis*
Donna Davis